FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Nov 10, 2021
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JASON W.,[1]<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | NO: 1:21-CV-03034-LRS-1<br><br>ORDER GRANTING STIPULATED MOTION FOR REMAND |

　　　BEFORE THE COURT is the Defendant's Stipulated Motion for Remand, ECF No. 19.  Based on the stipulation of the parties, the Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED**:

　　　1.　Defendant's Stipulated Motion for Remand, **ECF No. 19** is **GRANTED**.

　　　2.　This case is **REVERSED** and **REMANDED** for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

　　　3.　On remand, the Administrative Law Judge shall: (1) take any further action needed to complete the administrative record and offer the claimant the

---

[1] The court identifies a plaintiff in a social security case only by the first name and last initial in order to protect privacy.  *See* LCivR 5.2(c).

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

opportunity for a new hearing; (2) If warranted, obtain evidence from a medical expert to clarify the nature, severity, and effects of the claimant's mental impairments; (3) re-evaluate the medical opinions and prior administrative medical findings; (4) re-evaluate the claimant's alleged symptoms; (5) as warranted, re-evaluate the claimant's maximum residual functional capacity; (6) if warranted by the expanded record, obtain supplemental vocational expert evidence to clarify the effect of the assessed limitations on the claimant's ability to perform other work available in the national economy; and (7) issue a new decision.

4. Upon proper presentation, this Court will consider Plaintiff's application for costs, expenses, and reasonable attorney's fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(a), (d).

5. Plaintiff's Motion for Summary Judgment, **ECF No. 16**, and the hearing and remaining briefing schedule are **VACATED** as moot.

**IT IS SO ORDERED**. The District Court Clerk is directed to enter this Order and provide copies to counsel. Judgment shall be entered for Plaintiff and the file shall be **CLOSED**.

**DATED** November 10, 2021.

_____
LONNY R. SUKO
Senior United States District Judge

ORDER GRANTING STIPULATED MOTION TO REMAND - 2